IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Amy Scales, : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:10cv267 |
| vs. : | |
| : | Chief Judge Susan J. Dlott |
| Commissioner of Social Security, : | |
| : | |
| Defendant(s). : | |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on February 27, 2012 (Doc. 27), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired March 15, 2012, hereby ADOPTS said Report and Recommendation.

Accordingly, the EAJA fee petition filed by Plaintiff's counsel (Doc. 25) is **DENIED.**

**IT IS SO ORDERED.**

                                                      ___s/Susan J. Dlott_____
                                                      Chief Judge Susan J. Dlott
                                                      United States District Court