IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Amy Scales, : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:10cv267 |
| vs. : | |
| : | Chief Judge Susan J. Dlott |
| Commissioner of Social Security, : | |
| : | |
| Defendant(s). : | |

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Stephanie K. Bowman. Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on February 12, 2013 a Report and Recommendations (Doc. 35) on defendant's motion to reopen case. No objections were filed regarding this Report and Recommendation.

On April 17, 2013, Magistrate Judge Bowman filed a Report and Recommendation (Doc. 36) on Plaintiff's Motion for Attorney Fees pursuant to EAJA. No objections were filed regarding this Report and Recommendation.

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendations should be adopted.

Accordingly, regarding defendant's motion for entry of judgment (Doc. 32), the Court ADOPTS the Report and Recommendation of the Magistrate and the motion is **GRANTED.** The Commissioner's decision on remand is affirmed and the Clerk is directed to enter a Final

Judgment in this case.

Regarding the motion for attorney fees filed by plaintiff's counsel, the Court ADOPTS the Report and Recommendation of the Magistrate and the motion for attorney fees is **GRANTED** in part, and plaintiff is awarded $2,662.60 in attorney fees.

IT IS SO ORDERED.

                                                  s/Susan J. Dlott  
                                                  Chief Judge Susan J. Dlott  
                                                  United States District Court